[Nos. 29988-3-I; 30028-8-I; Division One. August 30, 1993.]
   30312-1-I.

DAVID DAVIS, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*, v. LUTHER JENKINS, *Respondent*.

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*, v. CRUZ GONGORA, *Appellant*.

Appeals from judgments of the Superior Court for Snohomish County, No. 91-2-06214-3, Robert C. Bibb, J., entered December 18, 1991, the Superior Court for King County, No. 91-2-15410-4, Anne L. Ellington, J., entered December 19, 1991, and No. 91-2-27591-2, Robert S. Lasnik, J., entered February 27, 1992. *Affirmed in part* and *remanded* by unpub-

lished opinion per Webster, C.J., concurred in by Pekelis and Coleman, JJ. Now published at 71 Wn. App. 360.